11 CV 0541

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
SHAHAB KARMELY and SK GREENWICH LLC,

          Plaintiffs,

vs.

EITAN WERTHEIMER, EZRA DAGMI, ANGLO
IRISH BANK CORPORATION LIMITED, W-D
GROUP (2006) LP, W-D GROUP NY1, LLC, and
JOHN DOES 1-10,

          Defendants.
------------------------------------------------------------- X

Civil Action No. _____

**Rule 7.1 Statement**

RECEIVED JAN 26 2011 U.S.D.C. S.D.N.Y. COMPLETED

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants W-D Group (2006) LP and W-D Group NY1, LLC certifies as follows:

    1.    W-D Group NY1, LLC is a limited liability company organized under Delaware law.

    2.    No publicly held corporation owns 10% or more of W-D Group NY1, LLC.

    3.    The sole member of W-D Group NY1, LLC is W-D Group (2006) LP.

    4.    W-D Group (2006) LP is a limited partnership organized under Israeli law.

    5.    No publicly held corporation owns 10% or more of W-D Group (2006) LP.

    6.    The general partner of W-D Group (2006) LP is W-D Group Ltd., a privately held corporation with no corporate parent organized under Israeli law. The two limited partners of W-D Group (2006) LP are Micro-Dent Ltd. and 4 D Assets (2000) Ltd., which are also privately held corporations with no corporate parents organized under Israeli law.

-2-

Dated: January 26, 2011
     New York, New York

                                      WACHTELL, LIPTON, ROSEN & KATZ

                                      By: _____
                                           Stephen R. DiPrima (SD-7312)
                                           Bradley R. Wilson (BW-6409)
                                           51 West 52nd Street
                                           New York, New York  10019
                                           Telephone:  (212) 403-1000
                                           Facsimile:  (212) 403-2000

                                      *Attorneys for Defendants Eitan Wertheimer,*
                                      *Ezra Dagmi, W-D Group (2006) LP, and*
                                       *W-D Group NY1 LLC*