PATTERSON, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/14

------------------------------------------------------------- X

SHAHAB KARMELY and SK GREENWICH LLC,

          Plaintiffs,

         v.

EITAN WERTHEIMER, EZRA DAGMI, 443
GREENWICH LLC, 443 GREENWICH PARTNERS
LLC, W. FAMILY 1 LTD., W-D GROUP (2006) LP,
W-D GROUP NY1, LLC, and JOHN DOES 4-10,

         Defendants.

------------------------------------------------------------- X

No. 11-cv-0541 (RPP)

ECF Case

**STIPULATION
OF DISMISSAL
WITH PREJUDICE**

      IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the parties, as follows:

      1.     All claims in the above-captioned action are hereby dismissed with prejudice, with each party to bear its own costs.

      2.     This stipulation may be executed in counterparts, which together will constitute an original.

      3.     This stipulation may be filed with the Clerk of Court without further notice.

Dated: January 31, 2014
New York, New York

PHILLIPS NIZER LLP

By: _____
David A. Pellegrino
Carl D. LeSueur

666 Fifth Avenue
New York, NY 10103
Telephone: (212) 977-9700
Facsimile: (212) 262-5152

*Attorneys for Shahab Karmely
and SK Greenwich LLC*


**WACHTELL, LIPTON, ROSEN & KATZ**

By: _____
Stephen R. DiPrima
Bradley R. Wilson
Benjamin D. Klein

51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

*Attorneys for Eitan Wertheimer, Ezra Dagmi, 443
Greenwich LLC, 443 Greenwich Partners LLC, W.
Family 1 Ltd., W-D Group (2006) LP, and W-D Group
NY1 LLC*

Dated: January 31, 2014
New York, New York

**PHILLIPS NIZER LLP**

By: _____
David A. Pellegrino
Carl D. LeSueur

666 Fifth Avenue
New York, NY 10103
Telephone: (212) 977-9700
Facsimile: (212) 262-5152

*Attorneys for Shahab Karmely
and SK Greenwich LLC*

**WACHTELL, LIPTON, ROSEN & KATZ**

By: _____
Stephen R. DiPrima
Bradley R. Wilson
Benjamin D. Klein

51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

*Attorneys for Eitan Wertheimer, Ezra Dagmi, 443
Greenwich LLC, 443 Greenwich Partners LLC, W.
Family 1 Ltd., W-D Group (2006) LP, and W-D Group
NYI LLC*

So ordered

_____
U.S.D.J.   2/7